[No. 12597–8–II. Division Two. July 10, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRY LEE POTTER, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 88–1–00562–0, James D. Roper, J., entered February 3, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 9977–6–III. Division Three. July 10, 1990.]

WILLIAM CHRISTIAN, ET AL, *Respondents,* v. THE HORSE RACING COMMISSION, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88–2–04268–8, Larry M. Kristianson, J., entered May 2, 1989. *Affirmed in part* and *reversed in part* by unpublished opinion per Shields, J., concurred in by Munson, C.J., and Thompson, J.

[No. 9799–4–III. Division Three. July 10, 1990.]

EASTWOOD DRILLING, INC., *Respondent,* v. CLAUDE C. CHRISTY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Yakima County, No. 86–2–01044–0, Howard Hettinger, J., entered December 16, 1988. *Reversed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Green, J.